IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MONTE JAE DENNE,
    Plaintiff,

vs.                            Case No. 3:11cv541/LAC/CJK

WENDALL HALL, et al.,
    Defendants.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 21, 2012. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i) and the clerk is directed to close the file.

DONE AND ORDERED this 26th day of December, 2012.

                    s/*L.A. Collier*
                    LACEY A. COLLIER
                    SENIOR UNITED STATES DISTRICT JUDGE